

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Adam Gibbins,                          * From the County Court
                                         of Eastland County,
                                         Trial Court No. 12-456.

Vs. No. 11-13-00202-CR                 * July 30, 2015

The State of Texas,                    * Memorandum Opinion by Wright, C.J.
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and McCall.)
                                         (Bailey J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.